FILED
OCT - 1 2026
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00433 |
| | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| DARIUS MORTON, | ) | |
| Defendant. | ) | |

JUDGE PEARSON

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about March 22, 2026, in the Northern District of Ohio, Eastern Division, Defendant DARIUS MORTON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Possession, on or about March 21, 2022, in Case Number CR-21-662437, in the Cuyahoga County Common Pleas Court; and Attempted, Improper Discharging Firearm at or into Habitation or School, on or about May 25, 2023, in Case Number CR-22-674197, in the Cuyahoga County Common Pleas Court, did knowingly possess a firearm in and affecting interstate commerce, to wit: a Taurus G2C, 9 mm pistol bearing serial number ACC624633, said firearm having previously been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant DARIUS MORTON shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offense charged herein; including, but not limited to, the following: a Taurus G2C, 9 mm pistol bearing serial number ACC624633, with any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.